ACCEPTED
05-15-00163-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
9/14/2015 6:57:04 PM
LISA MATZ
CLERK

Appellate Docket Number:    05-15-00163-CR

Appellate Case Style: Style:    Juan Antonio Perez

Vs.    State of Texas

Companion Case:

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
9/14/2015 6:57:04 PM

LISA MATZ
Clerk

Amended/corrected statement:    ☐

# DOCKETING STATEMENT (Criminal)

Appellate Court:

(to be filed in the court of appeals upon perfection of appeal under  TRAP 32)

| I.  Appellant | II.  Appellant Attorney(s) |
|---|---|
| First Name:    Juan | ☒ Lead Attorney |
| Middle Name:    Antonio | First Name:    Niles |
| Last Name:    Perez | Middle Name:    Stefan |
| Suffix: | Last Name:    Illich |
| Appellant Incarcerated?    ☒ Yes ☐ No | Suffix: |
| Amount of Bond: | ☒ Appointed          ☐ District/County Attorney |
| Pro Se:  ◯ | ☐ Retained          ☐ Public Defender |
|  | Firm Name:        Law Office of Niles Illich |
|  | Address 1:        701 Commerce Street |
|  | Address 2:        Suite 400 |
|  | City:        Dallas |
|  | State:    Texas                    Zip+4:    75202 |
|  | Telephone:        972-802-1788            ext. |
|  | Fax:        972-236-0088 |
|  | Email:        Niles@appealstx.com |
|  | SBN:        24069969 |
|  | Add Another Appellant/ Attorney |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| First Name: The State of Texas | ☐ Lead Attorney |
| Middle Name: | First Name: Susan |
| Last Name: | Middle Name: |
| Suffix: | Last Name: Hawk |
| Appellee Incarcerated? ☐ Yes ☒ No | Suffix: |
| Amount of Bond: | ☐ Appointed ☒ District/County Attorney |
| Pro Se: ◯ | ☐ Retained ☐ Public Defender |
| | Firm Name: Dallas County District Attorney's Office |
| | Address 1: Appellate Division |
| | Address 2: 133 N. Riverfront Blvd., LB 19 |
| | City: Dallas |
| | State: Texas Zip+4: 75207 |
| | Telephone: 214-653-3625 ext. |
| | Fax: 214-653-3643 |
| | Email: |
| | SBN: |
| | Add Another Appellee/ Attorney |

## V. Perfection Of Appeal, Judgment And Sentencing

| | |
|---|---|
| Nature of Case (Subject matter or type of case): Sex Offenses | Was the trial by: ☒ jury or ☐ non-jury? |
| Type of Judgment: Jury Trial | Date notice of appeal filed in trial court: January 29, 2015 |
| Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: | If mailed to the trial court clerk, also give the date mailed : |
| Offense charged: Aggravated Sexual Assault | Punishment assessed: 60 Years TDC |
| Date of offense: April 1, 2012 | Is the appeal from a pre-trial order? ☐ Yes ☒ No |
| Defendant's plea: Not Guilty | Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance? |
| If guilty, does defendant have the trial court's certificate to appeal? ☒ Yes ☐ No | ☐ Yes ☒ No |

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial: ☒ Yes ☐ No   If yes, date filed: January 29, 2015

Motion in Arrest of Judgment: ☐ Yes ☒ No   If yes, date filed:

Other: ☐ Yes ☒ No   If yes, date filed:

If other, please specify: N/A

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed: ☒ Yes ☐ No ☐ NA   If yes, date filed: January 29, 2015

Date of hearing: January 29, 2015 ☐ NA

Date of order: January 29, 2015 ☐ NA

Ruling on motion: ☒ Granted ☐ Denied ☐ NA   If granted or denied, date of ruling: January 29, 2015

## VIII. Trial Court And Record

Court:    291th Judicial District Court Dallas County

County:  Dallas

Trial Court Docket Number (Cause no):    F-1271985

Trial Court Judge (who tried or disposed of the case):

First Name:    Stephanie

Middle Name:

Last Name:    Mitchell

Suffix:

Address 1:    291st Judicial District Court Dallas County

Address 2:    133 N. Riverfront Blvd, LB 34

City:    Dallas

State:    Texas                    Zip + 4:  75207

Telephone:    (214) 653-5870    ext.

Fax:    (214)653-2768

Email:    jeanette.Hollingsworth@dallascounty.org

Clerk's Record:

Trial Court Clerk:    ☒ District    ☐ County

Was clerk's record requested?    ☒ Yes  ☐ No

If yes, date requested:  Feb 1, 2015

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes  ☐ No  ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record?    ☒ Yes  ☐ No

Was reporter's record requested?    ☒ Yes  ☐ No

Was the reporter's record electronically recorded?  ☐ Yes  ☒ No

If yes, date requested:  Feb 1, 2015

Were payment arrangements made with the court reporter/court recorder?    ☐ Yes  ☐ No  ☒ Indigent

---

☒ Court Reporter              ☐ Court Recorder
☐ Official                    ☐ Substitute

First Name:    Cheryl

Middle Name:

Last Name:    Dixon

Suffix:

Address 1:    291st Judicial District Court

Address 2:    133 N. Riverfront Blvd., Lock Box 34

City:    Dallas

State:  Texas                    Zip + 4:  75207

Telephone:    (214) 653-5873    ext.

Fax:

Email:

☐ Court Reporter      ☐ Court Recorder
☐ Official      ☐ Substitute

First Name:

Middle Name:

Last Name:

Suffix:

Address 1:

Address 2:

City:

State:    Texas      Zip + 4:

Telephone:      ext.

Fax:

Email:

## 1X.  Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number:          Court:

Style:

     Vs.

## X.  Signature

_____

Signature of counsel (or Pro Se  Party)      Date:   September 14, 2015

_____

Printed Name:      State Bar No: 24069969

Electronic Signature:  /s/ Niles Illich      Name:  Niles Stefan Illich
     (Optional)

## XI.  Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on  September 14, 2015        .

| Signature of counsel (or pro se party) | Electronic Signature: /s/ Niles Illich |
| | (Optional) |

State Bar No.: 24069969

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

        (1) the date and manner of service;
        (2) the name and address of each person served, and
        (3) if the person served is a party's attorney, the name of the party represented by that attorney

---

Please enter the following for each person served:

Date Served: September 14, 2015

Manner Served: eServe

First Name: Lori

Middle Name:

Last Name: Ordiway

Suffix:

Law Firm Name: Dallas County District Attorney's Office

Address 1: Appellate Division

Address 2: 133 N. Riverfront Blvd., LB 19

City: Dallas

State Texas         Zip+4: 75207

Telephone: 214-653-3625     ext.

Fax: 214-653-3643

Email: